# EXHIBIT A



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 15189421
Date Processed: 05/24/2016

| | |
|---|---|
| Primary Contact: | Kate Jackson<br>Cummins Inc.<br>One American Square<br>Suite 1800<br>Indianapolis, IN 46282 |
| Entity: | Cummins Inc.<br>Entity ID Number  2372506 |
| Entity Served: | Cummins, Inc. |
| Title of Action: | Ross Mickealson vs. Cummins, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Discrimination |
| Court/Agency: | Yellowstone County District Court, Montana |
| Case/Reference No: | DV 16-0586 |
| Jurisdiction Served: | Montana |
| Date Served on CSC: | 05/23/2016 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Veronica A. Procter<br>406-294-8915 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

Veronica A. Procter
PROCTER LAW, PLLC
2718 Montana Avenue, Suite 230
P.O. Box 782
Billings, Montana 59103
Telephone: (406) 294-8915
vp@procterlawfirm.com
*Attorney for Plaintiff*

# MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| ROSS MICKEALSON, | CAUSE NO. DV 16-0586 |
| Plaintiff, | Judge ROD SOUZA |
| vs. | SUMMONS |
| CUMMINS INC., | |
| Defendant. <SC | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT, CUMMINS, INC.:**

You are hereby summoned to answer the Complaint and Demand for Jury Trial in this action which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon the Plaintiff's attorney within twenty-one (21) days after the service of Summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Complaint and Demand for Jury Trial.

| | |
|---|---|
| 1 | WITNESS my hand and seal of the Court this 20th day of April, 2016. |
| 2 | KRISTIE LEE BOELTER<br>CLERK OF DISTRICT COURT |
| 3 | |
| 4 | By: /s/ Kim Sayurso |

Veronica A. Procter
PROCTER LAW, PLLC
2718 Montana Avenue, Suite 230
P.O. Box 782
Billings, Montana 59103
Telephone: (406) 294-8915
vp@procterlawfirm.com
*Attorney for Plaintiff*

## MONTANA THIRTEENTH JUDICIAL DISTRICT COURT, YELLOWSTONE COUNTY

| | |
|---|---|
| ROSS MICKEALSON, | CAUSE NO. DV 16-0586 |
| Plaintiff, | Judge ROD SOUZA |
| vs. | COMPLAINT AND DEMAND FOR JURY TRIAL |
| CUMMINS INC., | |
| Defendant. | |

COMES NOW the Plaintiff, Ross Mickealson, by and through his counsel of record, Veronica A. Procter of Procter Law, PLLC, and for his Complaint against Defendant Cummins, Inc., complains and alleges as follows:

1. Plaintiff Ross Mickealson is a resident of Cascade County, Montana.

2. Defendant Cummins, Inc., is foreign corporation based in Columbus, Indiana, but is licensed to do business with the Secretary of State for the State of Montana and has a location in Billings, Montana.

3. Plaintiff worked for and was terminated by Defendant Cummins, Inc. in Billings, Montana.

4. Jurisdiction and venue is proper in this Court.

5. Defendant designs, manufactures, distributes and services diesel and natural gas engines and related technologies, including fuel systems, controls, air handling, filtration, emission solutions and electrical power generation systems.

6. Plaintiff was a successful Sales Representative for Cummins from 2012 until 2015.

7. Plaintiff's duties at Cummins, Inc. included, but were not limited to, Power Generation systems account management, project management, bid/spec work, and customer relations.

8. Plaintiff's sales territory encompassed Central and Eastern Montana and Northern Wyoming.

9. On November 11, 2014, while at the Cummins office, Plaintiff sustained an injury to his shoulder.

10. Plaintiff pursued treatment for his injury through worker's compensation.

11. Defendant became increasingly intolerant of Plaintiff's medical care, which continued into 2015, as his injury worsened.

12. In addition, in or our around March 2015, Defendant officially put Plaintiff in a new office that Plaintiff's co-workers labeled the "Al-Qaeda" room because of its small size and location.

13. Plaintiff is claustrophobic, which posed an immediate problem, and the office also filled with exhaust fumes from the shop.

14. Despite Plaintiff's repeated requests to Human Resources for reasonable accommodation with regard to his medical care and his office space, nothing was done.

15. On March 17, 2015, Plaintiff utilized the internal grievance procedure at Cummins, Inc. to report the retaliation at the hands of management.

16. On April 22, 2015, Plaintiff was terminated.

17. On May 12, 2015, Plaintiff had surgery on his shoulder.

18. Plaintiff reached maximum medical improvement on April 4, 2016.

19. To date, Plaintiff has not obtained new employment, despite mitigation efforts.

20. He suffered and continues to suffer damages for which he seeks full legal redress.

## COUNT I: WRONGFUL DISCHARGE

21. Plaintiff incorporates by reference the allegations contained in Paragraph Nos. 1 through 20 as stated fully herein.

22. Defendant's discharge of Plaintiff was wrongful because it was not for good cause, and Plaintiff had completed his probationary period. Defendant's conduct is in violation of Mont. Code Ann. § 39-2-904(2) because it lacked reasonable job-related grounds for termination.

23. Defendant's alleged reason(s) for terminating Plaintiff was false, whimsical, arbitrary, or capricious and unrelated to a legitimate business reason.

24. As a result of Defendant's wrongful conduct, Plaintiff suffered and continues to suffer damages for which he seeks full legal redress.

## COUNT II: VIOLATION OF THE MONTANA HUMAN RIGHTS ACT
## MONT. CODE ANN. § 49-2-101 ET SEQ

25. Plaintiff incorporates by reference the allegations contained in Paragraph Nos. 1 through 24 as stated fully herein.

26. The stated reasons for Defendant's conduct were not the true reasons of its decision to terminate Plaintiff, but rather pretext to hide its discriminatory animus.

27. The conduct of Defendant toward Plaintiff as described in the preceding paragraphs was unlawful because it discriminated against him on the basis of his disability(s).

28. As a direct and proximate result of Defendant's unlawful employment practices, Plaintiff has suffered emotionally.

29. Plaintiff has also suffered and continues to suffer damages, including back pay, front pay, retirement benefits, and other benefits and privileges of employment with Defendant.

## COUNT III: VIOLATION OF AMERICANS WITH DISABILITIES ACT

## 42 U.S.C. 126 ET SEQ

30. Plaintiff incorporates by reference the allegations contained in Paragraph Nos. 1 through 29 as stated fully herein.

31. The stated reasons for Defendant's conduct were not the true reasons of its decision to terminate Plaintiff, but rather pretext to hide its discriminatory animus.

32. The conduct of Defendant toward Plaintiff as described in the preceding paragraphs was unlawful and in violation of federal law due to Defendant's failure to provide reasonable accommodation with respect to Plaintiff's disabilities.

33. As a direct and proximate result of Defendant's unlawful employment practices, Plaintiff has suffered emotionally.

34. Plaintiff has also suffered and continues to suffer damages, including back pay, front pay, retirement benefits, and other benefits and privileges of employment with Defendant.

///

WHEREFORE, Plaintiff prays judgment against Defendant as follows:

1. Plaintiff be awarded damages, in amounts to be determined at trial;
2. For the costs of suit herein;
3. For attorney fees;
4. For any such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED this 20th day of April, 2016.

PROCTER LAW, PLLC

By: _____
VERONICA A. PROCTER
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

COMES NOW Plaintiff and demand a jury trial on all issues of facts raised herein.

RESPECTFULLY SUBMITTED this 20th day of April, 2016.

PROCTER LAW, PLLC

By: _____
VERONICA A. PROCTER
*Attorney for Plaintiff*