IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROSS MICKEALSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CUMMINS, INC.,<br><br>    Defendant. | CV 16-75-BLG-SPW-TJC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO RESET DEADLINE FOR DISCOVERY, MEDIATION AND MOTIONS** |

Presently before the Court is Defendant's Unopposed Motion for Extension of Dispositive Motion Deadline. (Doc. 24.) Good cause appearing IT IS HEREBY ORDERED that the motion is GRANTED. The Scheduling Order (Doc. 20) is amended as follows:

Motions Deadline (except motions
otherwise scheduled):             **October 6, 2017**

All other guidelines and requirements set forth in the Court's August 31, 2016 Scheduling Order remain in effect. (*See* Doc. 20.)

**IT IS ORDERED.**

DATED this 16th day of August, 2017.

                  _____
                  TIMOTHY J. CAVAN
                  United States Magistrate Judge