UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROSS MICKEALSON, | Case No. CV-16-75 -BLG-SPW |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| CUMMINS, INC., | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

**ORDERED** that Judge Cavan's findings and recommendations are **ADOPTED IN PART AND REJECTED IN PART**, consistent with the order. **FURTHER ORDERED** that Cummins, Inc. Motion for Summary Judgment is **GRANTED** in its entirety.

Dated this 24th day of September, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
Deputy Clerk